The L. N. Gross Company, Respondent, v. Aachen and Munich Fire Insurance Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isidore Goldstein, an Infant, etc., Respondent, v. Federal Mail and General Express Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless respondent stipulates to reduce verdict to the sum of $2,500, in which event the judgment as so reduced and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

W. Russell Root, Stockholder in The Pulitzer Publishing Company, Inc., on Behalf of Himself, etc., Appellant, v. Walter Pulitzer and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

W. Russell Root, Stockholder in The Pulitzer Magazine Company, Inc., on Behalf of Himself, etc., Appellant, v. Walter Pulitzer and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Appellant, v. Hector A. Zayas and Others, Respondents.— Judgments and orders affirmed on the authority of *People* v. *Arnstein* (211 N. Y. 585). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., and Laughlin, J., dissented.

E. F. Ingraham Advertising Company, Respondent, v. National 5, 10 and 25 Cent Magazine, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, McLaughlin, Laughlin, Clarke and Scott, JJ.

Fred E. Pierce, Respondent, v. Sun Insurance Office, Appellant.— Determination reversed and judgment of Municipal Court affirmed, with costs in this court and in the Appellate Term to the defendant. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Nathan Goodman, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Susanna Schleich, as Administratrix, etc., Respondent, v. Paul Schleich, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Elise H. Ettlinger and Others, Appellants, v. Albert J. Kramer and Others, as Executors, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.